purport to contain all the evidence. The only allegations in the record referring to the evidence are: "The plaintiffs rest;" "the defendants rest." And after these expressions it appears other evidence was presented to the trial court. Therefore the objection is well taken, as it is not apparent that the whole case is here. (*Comm'rs of Brown Co. v. Roberts*, 22 Kas. 762; *Moody v. Arthur*, 16 Kas. 419.)

The judgment of the district court will be affirmed.

---

THE ST. LOUIS & SAN FRANCISCO RAILWAY CO. v. S. J. ELLIS.

ACTION brought by *Ellis* against the *Railway Company*, before a justice of the peace of Cherokee county, to recover damages for injuries caused to the plaintiff's cow by the defendant's cars. The defendant made no appearance in the justice's court, and judgment was rendered for the plaintiff. The defendant appealed the case to the district court of said county. At the October Term, 1880, the defendant made no appearance in the action; the plaintiff filed an amended bill of particulars, a trial was had, and judgment given for the plaintiff. The defendant brings the case here.

*H. H. Harding*, for plaintiff in error.

*Ritter & Cowley*, for defendant in error.

*Per Curiam:* The judgment in this case will be reversed, and the case remanded for further proceedings. This decision is on the authority of *K. P. Rly. Co. v. Taylor*, 17 Kas. 566; *Hadley v. C. B. U. P. Rld. Co.*, 22 Kas. 359; *St. L. & S. F. Rly. Co. v. McReynolds*, 24 Kas. 368.